UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA                    09 Cr. 662 (PAC)

   -against-                                **NOTICE OF MOTION**

ROSS MANDELL, *et al.*,
         Defendants.
------------------------------------------------------------x

    **PLEASE TAKE NOTICE**, that the Defendant Ross Mandell and Hoffman & Pollok, LLP will move this Court before the Hon. Paul A. Crotty, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be fixed by the Court for an Order granting Mr. Mandell Bail Pending Appeal, and relieving Hoffman & Pollok, LLP as counsel in this matter and in this court, and appointing Matthew Brissenden, P.C., as substitute counsel under the Criminal Justice Act, and for such other and further relief as this court deems just and proper.

Dated: New York, New York
      May 22, 2012

                                    Respectfully Submitted,

                                    HOFFMAN & POLLOK LLP

                                    By: */s/ Susan C. Wolfe*
                                        Susan C. Wolfe
                                    260 MADISON AVENUE
                                    NEW YORK, NEW YORK 10016
                                    T. (212) 679-2900
                                    F. (212) 679-1844
                                    SCWOLFE@HPPLEGAL.COM

                                    MATTHEW W. BRISSENDEN, P.C.
                                    Counsel for Ross Mandell
                                    666 Old Country Road, Suite 501
                                    Garden City, NY 11530-2004
                                    (516) 683-8500
                                    *Of Counsel for purposes of this motion*