CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

TO BE COMPLETED BY ATTORNEY:

**CASE NAME:** United States of America v.
Ross Mandell, et al.

**DOCKET NUMBER:** 12-1967 / District Court 09-CR-00662

**COUNSEL'S NAME:** Matthew W. Brissenden

**COUNSEL'S ADDRESS:** 666 Old Country Road, Suite 501
Garden City, NY 11530

**COUNSEL'S PHONE:** 516-683-8500

## QUESTIONNAIRE

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available [ ] U.S. Atty. placed order [ ] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: 7/8/09; 7/14/09; 9/9/09; 3/4/10; 4/28/10; 5/20/10; 9/30/10; 12/16/10; 2/16/11; 3/21/11; 6/15/11; 6/20/11
(Description & Dates)

[ ] Trial: 6/21/11; 6/24/11
(Description & Dates)

[ ] Sentencing: 5/3/12
(Description & Dates)

[ ] Post-trial proceedings: ___
(Description & Dates)

I, Matthew W. Brissenden, hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds [✓] CJA Form 24

_____          5/30/12
Counsel's Signature                 Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received: ___          Estimated Number of Pages: ___

Estimated completion date: ___

_____          _____
Court Reporter's Signature          Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.