UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

   - against -

ROSS MANDELL, et al.,

           Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-14

S1: 09 Cr. 00662 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

On May 16, 2014, the Second Circuit Court of Appeals affirmed the defendants' judgments of conviction on the four charged counts, but remanded on the issue of forfeiture, so that defendants would be held jointly and severally liable.

On May 22, 2014, the Court entered both an Amended Order of Forfeiture and also an Amended Judgment In A Criminal Case, incorporating the Amended Order of Forfeiture and setting June 13, 2014 as the date for Mandell and Harrington to surrender to the Bureau of Prisons. Thereafter, on May 27, 2014, Mandell and Harrington filed petitions for rehearing en banc. These petitions stay the issuance of the Second Circuit's Mandate, Fed. R. App. P. 41(d)(1).

Accordingly, the Court stays its Amended Order of Forfeiture, dated May 22, 2014, and also stays the Amended Judgment In A Criminal Case, dated May 22, 2014, with respect to the June 13, 2014 surrender date for both Mandell and Harrington.

Dated: New York, New York
       June 6, 2014

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge