UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSS MANDELL, <br><br> Movant, <br><br> -against- <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | 16-CV-1186 (PAC) <br><br> 09-CR-662 (PAC) <br><br> ORDER TO ANSWER, Rule 60(b) |

PAUL A. CROTTY, United States District Judge:

The Court, having received Movant's motion under Rule 60(b) to reopen his 28 U.S.C. § 2255 petition, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

SO ORDERED.

Dated:   June 22, 2018
         New York, New York

_____
PAUL A. CROTTY
United States District Judge

Copy mailed to:
Ross H. Mandell
62590-054
Federal Corrections Institution Miami
15801 SW 137th Ave.
Miami, FL 33177

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/18