June 29, 2018

*Reply of doc #  9/1/2018*
*ordered*
*Paul Crotty*
*USDJ*

To The Honorable Judge Paul Crotty,

Your Honor, it is my understanding that the Government has issued a response to the 60b motion that I recently filed in your Court. I only know this as my wife shared with me on a brief telephone call. I have not seen it and I have still not recieved anything back from the Court as yet, even though I filed the Motion on June 1. I have seen nothing. I humbly request an extension until September 1, 2018 to answer the Government's response.

Judge Crotty, I have filed this motion Pro se and I am currently in the Federal Prison Camp in Miami, Florida. We have no access to a computer or even a word processor. We have been on a modified lockdown due to security issues here at the prison and the mail is often seriously delayed. Sometimes delayed for weeks. I have no access to the docket and as of today, June 28, have no evidence that my motion has even reached your Court, let alone been docketed.

Please grant me this extension until September 1, 2018 and I look forward to seeing and addressing the Government's response. Thank you so very much Judge Crotty.

Yours truly,

Ross Mandell
#62490-054
Federal Prison Camp
P.O. Box 779800
Miami, Florida 33177

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/18

9 CR 662
16 CV 1186