UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Vs.                                                                                          Docket No.: 1:09-cr-00662-PAC-1

ROSS MANDELL,
Defendant
_____ /

## NOTICE OF WITHDRAWAL OF MOTION FOR ADMISSION PRO HAC VICE WITH LEAVE TO REFILE

COMES NOW, Mark G. Astor, counsel for the Defendant Ross Mandell, and hereby withdraws the Motion for Admission Pro Hac Vice filed on April 7, 2020, with leave to re-file.

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of this Notice of Withdrawal of Motion for Admission to Appear Pro Hac Vice with leave to refile has been sent via the CM/EDF filing system and via email delivery to Assistant United States Attorney Andrew Chan at Andrew.Chan@usdoj.gov on the 13th day of April 2020.

Respectfully submitted:

/S Mark G. Astor

Mark G. Astor
Astor Law Firm
1200 N. Federal Highway Suite 200
Boca Raton, FL 33432
T: (561) 419-6095
F: (561) 828-3856
Florida Bar # 0015474
mark@astorlawfirm.com