## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Vs.  Docket No.: 1:09-cr-00662-PAC-1

ROSS MANDELL,
**Defendant**
_____/

### NOTICE OF WITHDRAWAL OF EMERGENCY MOTION FOR COMPASSIONATE RELIEF WITH LEAVE TO RE-FILE

COMES NOW, the Defendant Ross Mandell, by and through the undersigned counsels, and hereby withdraws the Emergency Motion for Compassionate Relief filed on April 7, 2020. Defendant Ross Mandell withdraws the Emergency Motion for Compassionate Relief with leave to re-file after all grounds for administrative relief have been exhausted.

Respectfully submitted:

*/s/ Anand Swaminathan*

Attorneys for Defendant

Anand Swaminathan, Bar No. 4511770
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
Tel: (312) 243-5900
Fax: (312) 243-5902
anand@loevy.com
foia@loevy.com

Mark G. Astor (*pro hac vice forthcoming*)
1200 N. Federal Highway Suite 200
Boca Raton, FL 33432
(561) 419-6095
Florida Bar # 0015474
mark@astorlawfirm.com

4/14/2020
The Clerk is directed to terminate the motion at ecf #357. Leave to re-file is granted. SO ORDERED.

*[signature]*

# CERTIFICATE OF SERVICE

      I, Anand Swaminathan, an attorney, hereby certify that on April 13, 2020, I caused the foregoing Notice of Withdrawal of Emergency Motion for Compassionate Relief With Leave to Re-file to be served on all counsel of record via the Court's CM/ECF system. I also caused it to be served via e-mail to the addressee listed below:

Andrew Ken-Wei Chan
United States Attorney's Office, Southern District of New York
1 St. Andrew's Plaza
New York, NY 10007
andrew.chan@usdoj.gov


                                           */s/ Anand Swaminathan*