UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
:
UNITED STATES OF AMERICA,                               :
:
:
:
   -v-                                                   :
:
ROSS MANDELL,                                           :    09 Cr. 662 (PAC)
:
      *Defendant*.                                 :
:    **ORDER**
:
:
:
:
:
---------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

     The Court is in receipt of the Defendant's emergency motion for compassionate release, dated April 22, 2020, claiming that the Defendant has received muddled information concerning his eligibility for early release and home confinement. The Government is directed to provide the Court with a response to the Defendant's motion and should address representations concerning the Defendant's eligibility for early release that were purportedly made by the Bureau of Prisons ("BOP") to the Defendant, as well as the BOP's criteria for early release for home confinement in light of new DOJ guidance. The Government shall do so no later than 5:00pm on April 27, 2020.

Dated: New York, New York                      SO ORDERED
       April 24, 2020

                                                                     PAUL A. CROTTY
                                                              United States District Judge