```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

ROSS H. MANDELL,

                       Defendant.

09 Cr. 662-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court is in receipt of Defendant's motion for early termination of supervised release. ECF No. 375.  By **July 15, 2025**, the Government shall file its response.  By **July 22, 2025**, Defendant shall file his reply, if any.

       SO ORDERED.

Dated: July 1, 2025
       New York, New York

ANALISA TORRES
United States District Judge